# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:04-cr-101-J-12HTS
USM NUMBER: 30646-018

V.

ISAIAH WADE

Defendant's Attorney: Clyde Collins, Esq. (Cja)

## THE DEFENDANT

**X** admitted guilt to violation of allegation number(s) _1_ of the terms of supervision as stated in the Petition for Offender Under Supervised Release (Dkt. #62).

**X** Defendant is adjudicated guilty of this offense:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New Criminal conduct Carrying a Concealed Firearm In violation of the Standard Conditions of Release | August 27, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 2, 2010

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: February _10_, 2010

| | |
|---|---|
| Defendant: ISAIAH WADE | Judgment - Page 2 of 3 |
| Case No.: 3:04-cr-101-J-12HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **twelve (12) months to run concurrent with sentence imposed in Case No. 3:09-cr-121-J-25JRK**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

     \_\_\_\_ at _____ a.m.  p.m.  on _____ .

     \_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     \_\_\_\_ before p.m. on .

     \_\_\_\_ as notified by the United States Marshal.

     \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                         UNITED STATES MARSHAL

                By _____
                                   DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

After confinement, defendant shall serve No additional term of supervised release.